177 So. 923

**G. O. NAIL v. CITY OF BIRMINGHAM.**

**6 Div. 197.**

Court of Appeals of Alabama.

Nov. 16, 1937.

PER CURIAM.

Appeal dismissed on motion of appellant.